IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RODNEY L. DAVIS, THOMAS M. DAVIS, III, EDWIN G. PERLMUTTER, RICK CRAWFORD, MARK KIRK, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | No. 24-364 C <br> Sr. Judge Eric G. Bruggink |

**PLAINTIFFS' CONSENT MOTION
TO SET SCHEDULE FOR AMICUS CURIAE BRIEFING**

Plaintiffs Rodney L. Davis, Thomas M. Davis, III, Edwin G. Perlmutter, Rick Crawford, and Mark Kirk move to permit any interested *amicus curiae* to file briefs in response to Defendant's pending Motion to Dismiss. Plaintiffs propose that any *amicus* brief in support of their position be permitted to be filed within seven days of their response filing, and that any *amicus* brief in support of the Government's position be permitted to be filed within seven days of the filing of the Government's Reply. The Government consents to this Motion.

Respectfully submitted

/s/ *Kenneth T. Cuccinelli, II*
By Counsel
Kenneth T. Cuccinelli, II
KTCLaw@Proton.me

Earl "Trey" Mayfield, III
tmayfield@jurisday.com
Juris Day, PLLC
10521 Judicial Dr., #200
Fairfax, Virginia 22030
Voice: (703) 268-5600
Facsimile: (703) 268-5602

*Counsel for Plaintiffs*

Dated: July 1, 2024

3

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of July, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ *Kenneth T. Cuccinelli, II*
Kenneth T. Cuccinelli, II