# In the United States Court of Federal Claims

No. 24-364

(Filed: December 12, 2024)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RODNEY L. DAVIS, ET AL.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The parties shall file a Joint Status Report on January 7, 2025.

    s/Eric G. Bruggink
    ERIC G. BRUGGINK
    Senior Judge