IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RODNEY L. DAVIS, *et al.*,<br><br>                      Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES,<br><br>                      Defendant. | No. 24-364<br>(Senior Judge Eric G. Bruggink) |

JOINT STATUS REPORT

Pursuant to the Court's Order, the parties have consulted regarding further proceedings in this case and state as follows:

There have been no changes to the positions of either party since the December 10, 2024 Joint Status Report.

                                                                           Respectfully submitted,

| | |
|---|---|
| s/ Kenneth T. Cuccinelli, II<br>Kenneth T. Cuccinelli, II<br>KTCLaw@Proton.me<br><br>Earl "Trey" Mayfield, III<br>tmayfield@jurisday.com<br>Juris Day, PLLC<br>10521 Judicial Dr., #200<br>Fairfax, Virginia 22030<br>Voice: (703) 268-5600<br>Facsimile: (703) 268-5602<br><br>*Counsel for Plaintiffs* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director<br><br>s/ Galina I. Fomenkova<br>GALINA I. FOMENKOVA<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Commercial Litigation Branch<br>P.O. Box 480 \| Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-5495<br>galina.fomenkova@usdoj.gov<br><br>*Attorneys for the United States* |

January 7, 2025