# In the United States Court of Federal Claims

No. 24-364

(Filed: January 8, 2025)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RODNEY L. DAVIS, ET AL.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    This court will hold a remote status conference in this matter on January 17, 2025, at 2:00 PM (eastern).

                                  s/Eric G. Bruggink
                                  ERIC G. BRUGGINK
                                  Senior Judge