# In the United States Court of Federal Claims

No. 24-364
(Filed: January 17, 2025)

* * * * * * * * * * * * * * * * * * * * * * * *

RODNEY L. DAVIS, ET AL.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

For the reasons stated during the January 17, 2025, status conference, plaintiffs' second motion to amend pleadings (ECF No. 24) is granted. Defendant's obligation to answer or otherwise respond is deferred pending further order of the court.

                                              s/Eric G. Bruggink
                                              ERIC G. BRUGGINK
                                              Senior Judge