# In the United States Court of Federal Claims

No. 24-364

(Filed: March 18, 2025)

* * * * * * * * * * * * * * * * * * * * * * * *

RODNEY L. DAVIS, ET AL.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

    The parties are directed to file a Joint Status Report proposing further proceedings on or before April 1, 2025.

    s/Eric G. Bruggink
    ERIC G. BRUGGINK
    Senior Judge