IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RODNEY L. DAVIS, *et al.*,<br><br>                              Plaintiffs,<br><br>           v.<br><br>THE UNITED STATES,<br><br>                              Defendant. | No. 24-364<br>(Senior Judge Eric G. Bruggink) |

## JOINT STATUS REPORT

Pursuant to the Court's Order, the parties have consulted regarding further proceedings in this case and state as follows:

Both parties have filed briefs with the U.S. Court of Appeals for the Federal Circuit related to Plaintiffs' Petition for an Interlocutory Appeal. The parties are awaiting the decision of the Court of Appeals on Plaintiffs' petition and request that proceedings in this case remain stayed.

<table>
<tr><td>

s/ Kenneth T. Cuccinelli, II
Kenneth T. Cuccinelli, II
KTCLaw@Proton.me

Earl "Trey" Mayfield, III
tmayfield@jurisday.com
Juris Day, PLLC
10521 Judicial Dr., #200
Fairfax, Virginia 22030
Voice: (703) 268-5600
Facsimile: (703) 268-5602

*Counsel for Plaintiffs*




March 31, 2025

</td><td>

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. MCCARTHY
Director

s/ Albert S. Iarossi
ALBERT S. IAROSSI
Assistant Director

s/ Galina I. Fomenkova
GALINA I. FOMENKOVA
Senior Trial Counsel
United States Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 480 | Ben Franklin Station
Washington, DC 20044
(202) 514-5495
galina.fomenkova@usdoj.gov

*Attorneys for the United States*

</td></tr>
</table>