IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RODNEY L. DAVIS, *et al.*,<br><br>                   Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES,<br><br>                   Defendant. | No. 24-364<br>(Senior Judge Eric G. Bruggink) |

JOINT STATUS REPORT

Pursuant to the Court's May 29, 2025 Order (ECF No. 40), the parties have consulted regarding further proceedings in this case and respectfully propose the following schedule:

Defendant shall file an Answer to the Second Amended Complaint by August 21, 2025.

Plaintiffs would thereafter file a motion for partial summary judgment related to their salary claim as well as the most-appropriate application of cost-of-living-adjustments (COLAs) thereto. It would be Plaintiffs' goal to file such motion by September 4, 2025. At this time, Plaintiffs do not foresee the need for discovery prior to the filing of motions for partial summary judgement.

|  |  |
|---|---|
|  | Respectfully submitted, |
| s/ Kenneth T. Cuccinelli, II<br>Kenneth T. Cuccinelli, II<br>KTCLaw@Proton.me | BRETT A. SHUMATE<br>Assistant Attorney General |
| Earl "Trey" Mayfield, III<br>tmayfield@jurisday.com<br>Juris Day, PLLC<br>10521 Judicial Dr., #200<br>Fairfax, Virginia 22030<br>Voice: (703) 268-5600<br>Facsimile: (703) 268-5602 | PATRICIA M. MCCARTHY<br>Director<br><br>s/ Albert S. Iarossi<br>ALBERT S. IAROSSI<br>Assistant Director |
| *Counsel for Plaintiffs* | s/ Galina I. Fomenkova<br>GALINA I. FOMENKOVA<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Commercial Litigation Branch<br>P.O. Box 480 \| Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-5495<br>galina.fomenkova@usdoj.gov |
|  | *Attorneys for the United States* |
| July 2, 2025 |  |