# In the United States Court of Federal Claims

No. 24-364

(Filed: July 8, 2025)

* * * * * * * * * * * * * * * * * * * * * * * *

RODNEY L. DAVIS, ET AL.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

For good cause shown, the parties' joint schedule motion (ECF No. 41) is granted. The court sets the following schedule:

1. Defendant shall answer the second amended complaint on or before August 21, 2025.

2. Plaintiffs shall file their partial motion for summary judgment on or before September 4, 2025.

                                                      s/Eric G. Bruggink
                                                      ERIC G. BRUGGINK
                                                      Senior Judge