IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RODNEY L. DAVIS, *et al*. ) <br> and all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ) <br> ) <br> Defendant. ) | No. 24-364 C <br> Sr. Judge Eric G. Bruggink |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Come now Plaintiffs, through counsel, and pursuant to Rule 56 of the Court of Federal Claims ("RCFC"), respectfully moves this Court for summary judgment in their favor.

In support of this motion, Plaintiffs state as follows:

1. There are no material facts in genuine dispute.

2. Plaintiffs are entitled to judgment as a matter of law.

3. In support of this motion, Plaintiffs rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, and all exhibits and attachments thereto.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant their Motion for Partial Summary Judgment and enter judgment accordingly.

Respectfully submitted

/s/ *Kenneth T. Cuccinelli, II*

By Counsel
Kenneth T. Cuccinelli, II
Kenneth T. Cuccinelli, II, Attorney at Law, PLLC
Ph: 804-286-2550

E: KTCLaw@proton.me
Attorney of Record

Earl N. "Trey" Mayfield, III
tmayfield@chalmersadams.com
Chalmers Adams Backer & Kaufman, LLC
10521 Judicial Dr., #200
Fairfax, Virginia 22030
Voice: (703) 268-5600
Facsimile: (703) 268-5602
Of Counsel

*Counsel for Plaintiffs*

Dated: September 4, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ *Kenneth T. Cuccinelli, II*
Kenneth T. Cuccinelli, II