Exhibit 9

Declaration of Edwin Perlmutter

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RODNEY L. DAVIS, et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 24-364 C |
| | ) | Sr. Judge Eric G. Bruggink |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PLAINTIFF EDWIN PERLMUTTER

1.      I, Edwin "Ed" Perlmutter, am one of the Plaintiffs in this case, and I represented Colorado's 7th Congressional District as a Democratic Member from January 3, 2007 to January 3, 2023.

2.      During my time in Congress, I served on several committees, including the Financial Services Committee, chairing the subcommittee on Financial Institutions and Consumer Protection, the Committee on Rules and the Select Committee on the Modernization of Congress.

3.      Based on the cost-of-living adjustments that should have been applied to my salary under the Ethics Reform Act of 1989 and the Twenty Seventh Amendment, my congressional salary was unconstitutionally underpaid by a total of $471,000 during my tenure in Congress.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing is true and accurate.

Dated: September 2 , 2025

Hon. Edwin Perlmutter
Arvada, Colorado

1