# In the United States Court of Federal Claims

No. 24-364

(Filed: January 20, 2026)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RODNEY L. DAVIS, ET AL.,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Oral argument on the plaintiffs' and government's motions for partial summary judgment shall be held on February 20, 2026, at 10:00 a.m. (Eastern) at the Court of Federal Claims, 717 Madison Place, NW, Washington, DC 20439.

                                                  s/Eric G. Bruggink
                                                ERIC G. BRUGGINK
                                                Senior Judge