IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RODNEY L. DAVIS, *et al.*,

                    Plaintiffs,

          v.

THE UNITED STATES,

                    Defendant.

No. 24-364
(Senior Judge Eric G. Bruggink)

JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Order of May 20, 2026, the parties have consulted regarding further proceedings in this case and jointly propose the following briefing schedule:

1.      Plaintiffs would file their opening summary judgment brief addressing all remaining issues by July 17, 2026.

2.      Defendant would file its cross-motion for summary judgment and opposition to Plaintiff's opening brief by August 28, 2026.

3.      Plaintiffs would file their reply by September 11, 2026.

4.      Defendant would file its reply by September 25, 2026.

5.      In light of the possibility that briefing numerous COLA-suppression statutes, etc. could take substantial briefing space, the parties request the court grant an additional 10 pages total to each party to allocate between each party's initial brief and its reply.

Respectfully submitted,

s/ Kenneth T. Cuccinelli, II
Kenneth T. Cuccinelli, II
KTCLaw@Proton.me

Earl "Trey" Mayfield, III
CHALMERS ADAMS BACKER &
KAUFMAN, LLC
10521 Judicial Dr., #200
Fairfax, Virginia 22030
Ph: (703) 268-5600
F: (703) 268-5602
E: tmayfield@chalmersadams.com

*Counsel for Plaintiffs*


June 12, 2026

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

ALBERT S. IAROSSI
Assistant Director

s/ Galina I. Fomenkova
GALINA I. FOMENKOVA
Senior Trial Counsel
United States Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 480 | Ben Franklin Station
Washington, DC 20044
(202) 514-5495
galina.fomenkova@usdoj.gov

*Attorneys for the United States*

2