# In the United States Court of Federal Claims

No. 24-364
(Filed: June 16, 2026)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RODNEY L. DAVIS, ET AL.,

     *Plaintiff*,

v.

THE UNITED STATES,

     *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In their joint status report filed on June 12, 2026, the parties jointly proposed a briefing schedule to address the issues remaining in this case. Accordingly, the following schedule is ordered:

1. Plaintiffs' opening summary judgment motion addressing all remaining issues is due on or before July 17, 2026.

2. The government's cross-motion for summary judgment and response to plaintiffs' motion for summary judgment is due on or before August 28, 2026.

3. Plaintiffs' reply in support of its motion and response to the government's motion is due on or before September 11, 2026.

4. The government's reply in support of its motion is due on or before September 25, 2026.

Additionally, the parties are granted an additional ten pages of briefing space each and may allocate the additional pages however they see fit between their respective motions and replies.

<u>s/Eric G. Bruggink</u>
ERIC G. BRUGGINK
Senior Judge