# In the United States Court of Federal Claims

No. 24-364
(Filed: September 10, 2026)

* * * * * * * * * * * * * * * * * * * * * * * * * *

RODNEY L. DAVIS, ET AL.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Oral argument on the plaintiffs' and government's second motions for partial summary judgment shall be held on November 12, 2026, at 10:00 a.m. (Eastern) at the Court of Federal Claims, 717 Madison Place, NW, Washington, DC 20439.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge