**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RODNEY L. DAVIS, et al.,<br>and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 24-364 C<br>Sr. Judge Eric G. Bruggink |

**PLAINTIFFS' MOTION TO FILE**
**SUMMARY JUDGMENT MEMORADUM WITH EXCESS PAGES**

Plaintiffs Rodney Davis, et al., on behalf of themselves and those similarly situated, move to file their 45-page Reply and Response Memorandum in Support of their Motion for Partial Summary Judgment. Pursuant to the Court's June 16, 2026, Order, Plaintiffs are authorized to file a 40-page Memorandum. While undersigned counsel has endeavored to make the brief concise, the numerosity and complexity of the issues discussed have resulted in a slightly longer brief. Accordingly, Plaintiffs move they be permitted to submit a brief with five additional pages. The Government's counsel takes no position on this request. Plaintiffs have no objection to the Government being granted a reciprocal five additional pages for its final brief.

Respectfully submitted

/s/ *Kenneth T. Cuccinelli, II*

By Counsel
Kenneth T. Cuccinelli, II
KENNETH T. CUCCINELLI, II, ATTORNEY AT LAW, PLLC
Ph: 804-286-2550
E: KTCLaw@proton.me
Attorney of Record

Earl "Trey" Mayfield, III
tmayfield@chalmersadams.com
CHALMERS ADAMS BACKER & WALLEN, LLC
1032 15th St., NW, #374
Washington, D.C. 20005
678-582-8900

*Counsel for Plaintiffs*

Dated: September 11, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ *Kenneth T. Cuccinelli, II*
Kenneth T. Cuccinelli, II