# In the United States Court of Federal Claims

No. 24-364

(Filed: November 13, 2026)

* * * * * * * * * * * * * * * * * * * * * * * * * * 

RODNEY L. DAVIS, ET AL.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * 

ORDER

After oral argument, the court finds it helpful to request supplemental briefing in the following three areas. The parties' briefs are limited to twenty pages of text. Plaintiffs' brief is due on or before December 15, 2026. The government's brief is due on or before January 11, 2027. First, we request the parties to address the implications of the Federal Circuit's holding regarding the expiration of Section 140 of Pub. L. No. 97-92 in *Williams v. United States*, 240 F.3d 1019 (Fed. Cir. 2001), including the majority's adoption of Judge Plager's dissent. Second, we request the parties to address both the procedural and substantive aspects of plaintiffs' challenge at oral argument to the 1994 Amendment to the Ethics Reform Act of 1989. Third, we request that, with respect to the question of when an "election" begins, the parties address what is the interplay between the Twenty-Seventh Amendment and 2 U.S.C. § 7, particularly the federal circuits' opinions regarding combined action theory.

At oral argument, the government requested an extension for filing its response to plaintiffs' motion to certify a class. The government's request is hereby granted. The government shall file its response on or before January 22, 2027.

s/Eric G. Bruggink
Eric G. Bruggink
Senior Judge